FILED
SEP 30 2013
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> MARCO ANTONIO SALAZAR-QUINTERO (1), <br> JUAN CARLOS SALAZAR-QUINTERO (4), <br>     Defendants. | Case No. 09CR2110-W <br><br> JUDGEMENT AND ORDER OF DISMISSAL OF INDICTMENT AND RECALL ARREST WARRANTS |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above entitled case be dismissed without prejudice, and the Arrest Warrants be recalled.

IT IS SO ORDERED.

DATED: 9/30/13

_____
HONORABLE THOMAS J. WHELAN
United States District Judge